Timothy W. Hoffman, Trustee
State Bar No. 114962
Post Office Box 1761
Sebastopol, CA 95473
Telephone No.: (707) 823-1058

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                         ) Case No.: 09-13940
                                               )
    Thomas and Marilyn Griffin                ) Chapter 7
                                               )
                                               )
    Debtors                                    )
_____/

TRUSTEE'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND

TO THE CLERK OF THE COURT:

A claims bar date has not been set and the undersigned Trustee has not previously requested a Notice of Possible Dividend. It appears that there may be sufficient assets available for the payment of a dividend to creditors. Accordingly, the Trustee requests pursuant to F.R.B.P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

Dated: 4/23/10                    Timothy W. Hoffman
                                  Timothy W. Hoffman, Trustee