Entered on Docket
May 18, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Thomas J. Griffin and Marilyn L. Griffin,

Case No.: 09-13940
Chapter:   7

_____Debtor(s)._____/

FINAL DECREE

The estate of the above named debtor has been fully administered.

( ) The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

(X) Timothy W. Hoffman is discharged as trustee of the estate of the above named debtor and the bond is canceled;

(X) the chapter 7 case of the above-named debtor is closed; and

( ) [other provisions as needed]

Dated: May 18, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge